UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LESLIE FABIAN,<br>Plaintiff,<br>vs.<br><br>WALMART, INC.,<br>Defendant. | Case No.: 2:25-cv-01810<br><br>~~[PROPOSED]~~ ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLIN |

Having reviewed the Stipulated Motion to Extend Discovery Deadline and the records and files herein, the Court extends the discovery deadline in the Order Setting Bench Trial Date and Related Dates (Dkt.#17) from November 27, 2026, to December 10, 2026. No other dates in the Order Setting Bench Trial Date and Related Date are changed.

DATED this 24th day of November, 2026.

Tana Lin
United States District Judge